United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50009
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ARTURO NUNEZ-DE LA CRUZ

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that Appellee's unopposed motion to vacate the

sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to

remand the case to the Western District of Texas, El Paso

Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request

for an extension of time to file the Appellee's brief 14 days

from the denial of Appellee's motion to vacate and remand is

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

MOOT.